**CONOPCO, INC. (doing business as Unipath Diagnostics Company), Plaintiff–Appellant,**

v.

**PRINCETON BIOMEDITECH CORPORATION, Defendant–Appellee.**

Nos. 01–1178, 01–1188.

United States Court of Appeals, Federal Circuit.

DECIDED: March 13, 2001.

Order Vacated, See 2001 WL 488909.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).